IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL PENSION FUND, ) <br> CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL WELFARE FUND, ) <br> CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL RETIREE HEALTH ) <br> AND WELFARE FUND, and CATHERINE ) <br> WENSKUS, not individually but as ) <br> Administrator of the Funds, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> M2 CONSTRUCTION, INC., an Illinois ) <br> corporation, ) <br> Defendant. ) | Case No. 22 C 217 <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge McShain |

## FINAL JUDGMENT ORDER

This cause coming before the Court on motion of Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Welfare Fund, Retiree Health and Welfare Fund, and Catherine Wenskus, in her capacity as Administrator of the Funds (collectively the "Laborers' Funds"), for entry of Judgment Damages, pursuant to Fed. R. Civ. P. 55(b), due notice given, and the Court finding Defendant, M2 Construction, Inc., in default, and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

Judgment is entered in favor of the Laborers' Funds and against M2 Construction, Inc., in the total amount of **$97,277.23** consisting of the following amounts:

1. $75,542.73, based on the audit of Legacy Professionals, LLP, covering the period from October 1, 2018 through September 30, 2021 and consisting of:

    a) $35,284.43 Principal owed for benefit contributions and union dues;

  b)  $ 6,832.92  Liquidated damages ("LD"), on the audit principal;

  c)  $17,986.02  Accumulated LD on untimely payments to date;

  d)  $12,079.36  Accumulated interest on the audit findings;

  e)  $ 3,360.00  Audit cost;

2. $21,734.50, representing the reasonable attorneys' fees and costs accrued by the Laborers' Funds incurred in its efforts to collect the amounts owed to date;

3. M2 Construction, Inc., is ordered to pay post judgment interests on all amounts entered against them from the date of the Judgement Order until the date the Judgment Order is paid in full; and

4. M2 Construction, Inc., is ordered to post and maintain a fringe benefit bond in accordance with the terms and conditions of the Agreement.

_____
The Honorable Jorge L. Alonso
United States District Court Judge

Dated: July 19, 2023